**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6404**

———————

UNITED STATES OF AMERICA,

                   Plaintiff – Appellee,

     v.

STEVEN WAYNE BELL,

                   Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:01-cr-00013-BR-1)

———————

Submitted:  May 24, 2012             Decided:  May 31, 2012

———————

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven Wayne Bell, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Wayne Bell appeals the district court's order denying his motion to reduce his sentence and expunge his conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Bell, No. 5:01-cr-00013-BR-1 (E.D.N.C. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED